IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:24-cv-249-RAH-KFP |
| | ) |
| GENERAL MOTORS LLC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

For good cause, it is **ORDERED** that a telephone status conference is **SET** in this matter for **May 6, 2024, at 1:00 p.m. CT**. The courtroom deputy will provide counsel with the call-in number. The Clerk of Court is **DIRECTED** to provide a court reporter for this proceeding.

**DONE** on this the 29th day of April 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

1